**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION – DETROIT**

BRICKLAYERS PENSION TRUST FUND –
METROPOLITAN AREA, Trustees of;           Case No. 05-73485
BRICKLAYERS AND TROWEL TRADES
INTERNATIONAL RETIREMENT SAVINGS PLAN,    Hon. George Caram Steeh
Trustees of; BRICKLAYERS HOLIDAY TRUST FUND,
METROPOLITAN AREA, Trustees of; TROWEL
TRADES HEALTH AND WELFARE FUND,
DETROIT AND VICINITY, Trustees of;
BRICKLAYERS AND TROWEL TRADES
INTERNATIONAL PENSION FUND, Trustees of;
DETROIT METROPOLITAN MASONRY
JOINT APPRENTICESHIP AND TRAINING
COMMITTEE, Trustees of;
LABOR-MANAGEMENT COOPERATION
COMMITTEE, Trustees of;

                Plaintiffs,

v

BARRINGER CONSTRUCTION, INC.

                Defendant.

_____/

| | |
|---|---|
| JACK VANHOORELBEKE (P58103) | GEORGE H. KRUSZEWSKI (P25857) |
| SHERYL A. LAUGHREN (P34697) | Attorneys for Plaintiffs |
| Attorneys for Defendant | SACHS WALDMAN |
| DICKINSON WRIGHT, PLLC | 1000 Farmer Street |
| 500 Woodward Ave., Ste. 4000 | Detroit, Michigan 48226 |
| Detroit, Michigan 48226 | (313) 965-3464 |
| (313) 223-3500 | |

_____/

**ORDER**
**ALLOWING DICKINSON WRIGHT PLLC**
**TO WITHDRAW AS COUNSEL**

1

This matter having come before the Court on the Stipulation of the Parties; the Court having reviewed the Stipulation and being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that Dickinson Wright PLLC be allowed to withdraw as counsel for Defendant Barringer Construction, Inc.  The defendant has 30 days to retain an attorney or Default may enter.

IT IS FURTHER ORDERED that all future pleadings and correspondence be sent to Defendant at the following address(es):  Chad E. Barringer, 24126 Research Drive, Farmington Hills, MI 48335 or P.O. Box 530916, Livonia, MI 48153.


    s/George Caram Steeh
    GEORGE CARAM STEEH
    UNITED STATES DISTRICT JUDGE

Dated: March 17, 2006

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record on March 17, 2006, by electronic and/or ordinary mail.

    s/Marcia Beauchemin
    Case Manager/Deputy Clerk

DETROIT 28965-1 925498v1

2