UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

BRICKLAYERS PENSION TRUST FUND -
METROPOLITAN AREA, TRUSTEES OF, ET AL,

                Plaintiffs,

-v-                                                Case No. 05-73485
                                                Hon. George Caram Steeh

BARRINGER CONSTRUCTION, INC.,

                Defendant.
_____/

ORDER FOR EXAMINATION OF JUDGMENT DEBTOR AND RESTRAINING
TRANSFER OF CERTAIN PROPERTY SUPPLEMENTARY TO JUDGMENT

**CHAD E. BARRINGER**

    THIS MATTER having come before the Court on Plaintiffs' Motion for Examination of Judgment Debtor and Restraining Transfer of Certain Property Supplementary to Judgment, and said Motion having been duly filed along with a supporting Affidavit and Brief, and the Court having reviewed the same and being fully advised in the premises;

    NOW, THEREFORE, upon motion of Earle I. Erman, attorneys for the Plaintiffs,

    IT IS ORDERED that Chad E. Barringer, whose address is 24126 Research Drive, Farmington Hills, MI 48335, appear at the offices of Erman, Teicher, Miller, Zucker and Freedman, P.C., 400 Galleria Officentre, Suite 444, Southfield, Michigan 48034, on September 12, 2006, at 10:00 a.m. to be examined under oath concerning the income, property, or other means of satisfying the Judgment entered herein against the defendant on May 22, 2006.

    IT IS FURTHER ORDERED that said person shall bring with him the following books, records and papers in his possession, custody or control:

1. All checkbooks, check registers, check stubs, cancelled checks, bank statements and other documents whatsoever relating to any deposit, savings, passbook or like account maintained with a bank, savings and loan association, credit union or like organization, in which said defendant has or has had any interest, at any time during the three (3) years immediately preceding the date hereof, or date of cessation of business, whichever is earlier;

2. Copies of all returns, schedules and forms filed by or on behalf of defendant with the Internal Revenue Service, State of Michigan and any municipal governments, related to any income received, property owned, business activities, sales or intangibles tax, of defendant at any and all times during the period of three (3) years immediately preceding the date hereof or date of cessation of business, whichever is earlier.

3. All books of account and accounts receivable ledgers.

4. List of assets and liabilities.

5. All contracts of purchase, sale, bills of sale, certificates of title and deeds, and all other evidences of title or instruments of whatsoever kind or nature, relating to the purchase, sale or ownership of any property, real or personal, or any interest therein, purchased, sold or owned by or on behalf of defendant at any time during the five (5) years immediately preceding the date hereof or date of cessation of business, whichever is earlier.

6. Copies of all profit and loss statements and balance sheets relating to the affairs of defendant prepared by or on behalf of said defendant during the period of three

(3) years immediately preceding the date hereof or date of cessation of business, whichever is earlier.

IT IS FURTHER ORDERED that said person is restrained from transferring or disposing of any of the company's property, whether now owned or hereafter acquired, until further order of this Court.  This order does not apply to property exempt by law from application to the satisfaction of the judgment.

DATED:_August 21, 2006____

                                              s/George Caram Steeh_____
                                              UNITED STATES DISTRICT JUDGE

S:\STEEHDET\proposed orders\0573485.doc