UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

BRICKLAYERS PENSION TRUST FUND -
METROPOLITAN AREA, TRUSTEES OF, ET AL,

                          Plaintiffs,

-v-                                                   Case No. 05-73485
                                                   Hon. George Caram Steeh

BARRINGER CONSTRUCTION, INC.,

                          Defendant.
_____/

AMENDED ORDER FOR EXAMINATION OF JUDGMENT DEBTOR AND RESTRAINING
TRANSFER OF CERTAIN PROPERTY SUPPLEMENTARY TO JUDGMENT

**CHAD E. BARRINGER**

THIS MATTER having come before the Court on Plaintiffs' Second Ex Parte Motion for Examination of Judgment Debtor and Restraining Transfer of Certain Property Supplementary to Judgment, and said Motion having been duly filed along with a supporting Affidavit and Brief, and the Court having reviewed the same and having issued an Order on October 3, 2006, and being advised that Plaintiffs were unable to effect service of process upon Chad Barringer prior to the originally scheduled examination date, and the Court being otherwise fully advised in the premises,

NOW THEREFORE, upon motion of Erman, Teicher, Miller, Zucker & Freedman, P.C., attorneys for Plaintiffs,

IT IS ORDERED that Chad Barringer, the President of Barringer Construction, Inc., whose address is 23644 Power Road, Farmington, MI 48336-2458 or 2398 Woodvale Trail, Brighton, MI 48114 appear at the offices of Erman, Teicher, Miller, Zucker & Freedman, P.C.,

400 Galleria Officentre, Suite 444, Southfield, Michigan 48034 on **Wednesday, June 13, 2007 at 10:30 a.m.** to be examined under oath concerning the income, property, or other means of satisfying the Judgment entered herein against Defendant, Barringer Construction, Inc., on May 22, 2006.

      IT IS FURTHER ORDERED that said person shall bring with him the following books, records and papers in his possession, custody or control:

      1.     All checkbooks, check registers, check stubs, cancelled checks, bank statements and other documents whatsoever relating to any deposit, savings, passbook or like account maintained with a bank, savings and loan association, credit union or like organization, in which said defendant has or has had any interest, at any time during the three (3) years immediately preceding the date hereof, or date of cessation of business, whichever is earlier;

      2.     Copies of all returns, schedules and forms filed by or on behalf of defendant with the Internal Revenue Service, State of Michigan and any municipal governments, relating to any income received, property owned, business activities, sales or intangibles tax, of defendant at any and all times during the period of three (3) years immediately preceding the date hereof or date of cessation of business, whichever is earlier.

      3.     All books of account and accounts receivable ledgers.

      4.     List of assets and liabilities.

      5.     All contracts of purchase, sale, bills of sale, certificates of title and deeds, and all other evidences of title or instruments of whatsoever kind or nature, relating to the purchase, sale or ownership of any property, real or personal, or any interest therein, purchased, sold or owned by or on behalf of defendant at any time during the five (5) years immediately preceding the date hereof or date of cessation of business, whichever is earlier.

6. Copies of all profit and loss statements and balance sheets relating to the affairs of defendant prepared by, or on behalf of, said defendant during the period of three (3) years immediately preceding the date hereof or date of cessation of business, whichever is earlier.

IT IS FURTHER ORDERED that said person is restrained from transferring or disposing of any of the company's property, whether now owned or hereafter acquired, until further order of this Court. This order does not apply to property exempt by law from application to the satisfaction of the judgment.

DATED:_ April 25, 2007___              S/George Caram Steeh
                                       UNITED STATES DISTRICT  JUDGE


S:\STEEHDET\proposed orders\0573485.doc