UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

BRICKLAYERS PENSION TRUST FUND -
METROPOLITAN AREA, TRUSTEES OF, ET AL,

            Plaintiffs,

-v-                                          Case No. 05-73485
                                               Hon. George Caram Steeh

BARRINGER CONSTRUCTION, INC.,

            Defendant.
_____/

## ORDER AMENDING JUDGMENT

Plaintiffs filed their Motion to Amend Judgment and Brief in Support Thereof [Docket No. 65], no response having been filed and the Court having reviewed the Motion;

NOW THEREFORE;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Judgment entered by this Court on May 22, 2006 (the "Judgment")[Docket No. 19] be, and hereby is, amended to reflect additional unpaid fringe benefit contributions for the period from February 10, 2005 through November 2005, together with liquidated damages, for an aggregate amended Judgment in favor of Plaintiffs and against Defendant in the amount of $114,335.32, with interest to accrue on said amended amount as provided in 28 USC §1961 from and after May 22, 2006 and Plaintiffs shall have full rights of execution thereon.

DATED:  April 22, 2009                      s/George Caram Steeh
                                                    UNITED STATES DISTRICT JUDGE